

# Fourth Court of Appeals
## San Antonio, Texas

January 13, 2023

No. 04-22-00417-CV

Rigoberto **SANCHEZ**, Jr.,
Appellant

v.

**COTT BEVERAGES, INC.**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI02505
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Chief Justice
Liza A. Rodriguez, Justice
Lori I. Valenzuela, Justice

Appellant's fourth motion for an extension of time to file his brief is **GRANTED IN PART**. Appellant's brief is due on or before **January 24, 2023**. **NO FURTHER EXTENSIONS WILL BE GRANTED.**

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of January, 2023.

_____
Michael A. Cruz,
Clerk of Court